UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASON WIMBERLY,

                Plaintiff,

      -v.-

EXPERIAN INFORMATION
SOLUTIONS, INC.,

                Defendant.

18 Civ. 6058 (KPF)

ORDER

---

KATHERINE POLK FAILLA, District Judge:

On February 1, 2020, the Court received a series of submissions from Plaintiff. (Dkt. #66-69). Plaintiff's submissions are primarily comprised of three things: (i) a motion to seal certain documents containing sensitive medical information; (ii) a motion for expedited discovery; and (iii) a request for an extension to file his motion for leave to amend his operative complaint. On February 4, 2020, the Court, having not received a memorandum of law supporting any of the three motions, responded to Plaintiff's submissions with an Order denying without prejudice his motion to seal; denying his motion for expedited discovery; and granting his request for an extension. (Dkt. #70).

Later on February 4, however, the Court received in the mail an unredacted hard copy of Plaintiff's memorandum, along with exhibits. Given the circumstances and Plaintiff's *pro se* status, the Court now proceeds as follows: *first*, the Court will redact the portions of Plaintiff's memorandum that require redaction and docket the memorandum and exhibits appropriately; *second*, the Court will provide Defendant with a copy of Plaintiff's sealed,

unredacted memorandum, and having done so ORDERS Defendant to respond to Plaintiff's combined motion no later than February 19, 2020; and *third*, the Court ORDERS that its prior Order at docket entry 70 be withdrawn. After the Court has received Defendant's responding briefing, the Court will issue a fully considered decision on Plaintiff's motion.

SO ORDERED.

Dated: February 4, 2020
       New York, New York

                                                KATHERINE POLK FAILLA
                                                United States District Judge