UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| JASON WIMBERLY, | |
|---|---|
| Plaintiff, | |
| -against- | 1:18-cv-06058-MKV |
| EXPERIAN INFORMATION SOLUTIONS, | ORDER |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/2020

MARY KAY VYSKOCIL, United States District Judge:

It is hereby, ORDERED that Plaintiff's Motion is GRANTED in part and otherwise DENIED.

Plaintiff's request for further extension of time to file a proposed amended complaint is GRANTED. On or before **March 25, 2020, plaintiff must** file any request for leave to amend (accompanied by a proposed amended complaint) in compliance with the Court's Order of February 26, 2020 [ECF 74] and Opinion and Order dated December 18, 2020 [ECF 65]. No further extensions will be granted. If no request and accompanying proposed amended complaint is filed by that deadline, the Court's Opinion and Order dismissing the First Amended Complaint [ECF 65] will be deemed final and the Clerk of the Court will be instructed to close the case consistent with the Court's Opinion and Order dismissing the First Amended Complaint [ECF 65].

All other requests in Plaintiff's letter are DENIED.

**SO ORDERED.**

Date: March 11, 2020
New York, NY

MARY KAY VYSKOCIL
United States District Judge