UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/24/2020
```

JASON WIMBERLY,

                Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS,

                Defendant.

1:18-cv-06058-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

       The Court is in receipt of Plaintiff's April 21, 2020 Letter regarding filing under seal [ECF No. 81].  Acknowledging that the outbreak of COVID-19 has disrupted typical sealed filing procedures for *pro se* Plaintiffs, it is hereby ORDERED that Plaintiff shall file a short motion to seal and redact on ECF on or before May 1, 2020.  Plaintiff should also submit an unredacted copy of the brief with proposed redactions highlighted, along with all exhibits, to the Court via email at VyskocilNYSDChambers@nysd.uscourts.gov as soon as practicable but no later than May 1, 2020.  Plaintiff should also serve the same via email on Defendant no later than May 1, 2020.  Once the Court is in receipt of Plaintiff's Motion to Seal and the unredacted brief and exhibits, it will rule on the Motion and provide further instructions for filing the brief on ECF.

**SO ORDERED.**

**Date: April 24, 2020**
     **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**