```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON WIMBERLY,

               Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS,

               Defendant.

1:18-cv-06058-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

       The Court is in receipt of Plaintiff's May 1, 2020 Motion to Seal and Redact portions of his brief in support of his Motion for Leave to Amend and attached exhibit [ECF No. 83]. Having reviewed the unredacted copies of the same, submitted to the Court via email in compliance with the Court's April 24, 2020 order [ECF No. 82], the Court GRANTS Plaintiff's Motion to Seal and Redact.

       Plaintiff is instructed to file a redacted copy of his Motion for Leave to Amend via ECF no later than May 26, 2020. Plaintiff should have already served unredacted copies of the Motion for Leave to Amend and all exhibits on Defendant via email per the Court's April 24, 2020 Order [ECF No. 82]. If, however, Defendant has not yet been served, Plaintiff must do so no later than May 26, 2020. The deadline for Defendant to respond to Plaintiff's Motion for Leave to Amend is extended from May 24, 2020 to June 9, 2020.

**SO ORDERED.**

**Date: May 19, 2020**
      **New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**