USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON WIMBERLY,

                Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS,

                Defendant.

1:18-cv-06058-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

*Pro se* Plaintiff Jason Wimberly has appealed the Court's Opinion and Order dated February 1, 2021, denying him leave to file a second amended complaint. [ECF No. 91–92.] On March 24, 2021, the Court entered an Order denying Plaintiff's motion for leave to file under seal his financial affidavit in support of his application to proceed *in forma pauperis* on appeal. [ECF No. 94.] *Wimberly v. Experian Info. Sols., Inc.*, No. 1:18-cv-6058-MKV, 2021 WL 1146277 (S.D.N.Y. Mar. 24, 2021). Plaintiff has moved to certify the Court's March 24 Order to the Second Circuit for interlocutory review. [ECF No. 95.]

Plaintiff's motion for certification for interlocutory review does not fit within the framework of 28 U.S.C. § 1292. This case is closed, and the final Order of the Court is on appeal before the Second Circuit. [*See* ECF No. 92.] A supplemental record containing the Court's March 24 Order has been transmitted to the Second Circuit to be included with Plaintiff's pending appeal. [*See* ECF Entry Apr. 20, 2021.] Accordingly, Plaintiff's motion is DENIED as moot.

The Clerk of Court is respectfully requested to terminate docket entry 95.

**SO ORDERED.**

**Date: April 20, 2021**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**